U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 2 7 2009

TONY R. MO---, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| FREDERICK L. TAYLOR | CIVIL ACTION NO. 09-118-P |
| VERSUS | JUDGE STAGG |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE**, sua sponte, because it is time-barred by the one-year limitation period imposed by the AEDPA.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___ day of April 24, 2009.

TOM STAGG
UNITED STATES DISTRICT JUDGE